PS 8
(3/15)

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2025

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Sanchez-De Luna, Jr., Joe Refugio | Docket No. | 0980 1:25CR02003-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Joe Refugio Sanchez-De Luna, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 22nd day of January 2025, under the following conditions:

**Special Condition #6**: Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 23, 2025, Mr. Sanchez-De Luna, Jr. reviewed his conditions of release and signed his release order acknowledging an understanding his conditions.

On March 3, 2025, Your Honor reviewed the GPS conditions to include Home Detention with Mr. Sanchez-De Luna, Jr. while at the review detention hearing.

**Violation No. 2**: Mr. Sanchez-De Luna, Jr. is considered to be in violation of his pretrial release conditions by consuming alcohol on March 7, 2025.

On March 7, 2025, Mr. Sanchez-De Luna, Jr. was driving when he was pulled over by United States Marshals due to a warrant issued against him. Upon making contact with Mr. Sanchez-De Luna, Jr., the Marshals detected the scent of alcohol. Mr. Sanchez-De Luna, Jr. admitted to consuming alcohol prior to the stop. Before being booked into Yakima County Jail, Mr. Sanchez-De Luna, Jr. took a Breathalyzer test, which showed a blood alcohol content (BAC) of 0.257.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: March 7, 2025 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt<br>U.S. Pretrial Services Officer |

Re: Sanchez-De Luna, Jr., Joe Refugio
March 7, 2025
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

3/7/2025
Date