UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Sanchez-De Luna, Jr., Joe Refugio | Docket No. | 0980 1:25CR02003-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Joe Refugio Sanchez-De Luna, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 22nd day of January 2025, under the following conditions:

**Special Condition #9**: **GPS Location Monitoring**: Defendant shall participate in a program of Global Positioning System (GPS) location monitoring. Defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, and detain the defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any location monitoring that is required as a condition of release.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 23, 2025, Mr. Sanchez-De Luna, Jr. reviewed his conditions of release and signed his release order acknowledging an understanding his conditions.

On March 3, 2025, Your Honor reviewed the GPS conditions to include Home Detention with Mr. Sanchez-De Luna, Jr., while at the review detention hearing.

**Violation No. 1**: Mr. Sanchez-De Luna, Jr. is considered to be in violation of his pretrial release conditions by removing his GPS location monitoring device without permission on March 5, 2025.

On March 5, 2025, at approximately 5:11 a.m., Mr. Sanchez-De Luna, Jr. departed from American Behavioral Health Service (ABHS) in Chehalis, Washington, using public transportation to travel to Yakima for an appointment at the probation office. He arrived in Yakima at approximately 11:57 a.m.

At 12:40 p.m., this officer was contacted by Location Monitoring (LM) Specialist Arturo Santana regarding an alert from BI Total Access (BI). The alert indicated there had been a GPS strap tamper and a tracker proximity tamper on Mr. Sanchez-De Luna, Jr.'s GPS device, suggesting that the GPS tracker had been removed from his leg. According to BI Mapping, the GPS tracker was located in the parking lot across from the William O. Douglas Courthouse building at 247 East Chestnut Avenue, Yakima, Washington.

The United States Marshals were contacted to retrieve the tracker. This officer confirmed with BI that the tracker belonged to Mr. Sanchez-De Luna, Jr. by verifying its serial number. The GPS tracker was secured in an evidence bag and photographs were taken, which will be provided to the Court upon request.

     PRAYING THAT THE COURT WILL ORDER A WARRANT

**Re: Sanchez-De Luna, Jr., Joe Refugio**
**March 6, 2025**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 6, 2025

by  s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/6/2025

Date